IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LEROY HALL MCCOY,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 76447 **FILED**<br><br>AUG 14 2018<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>✓ BY ___S. Young___<br>DEPUTY CLERK |
| LEROY HALL MCCOY,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 76552 |

*ORDER ADMINISTRATIVELY CLOSING THE APPEAL*
*IN DOCKET NO. 76552 AND TRANSFERRING DOCUMENT*

These are pro se appeals from a judgment of conviction. Appellant's appeal from the judgment of conviction was previously docketed in this court in Docket No. 76447. The clerk of this court inadvertently docketed this appeal as a separate matter when appellant filed a second, duplicative notice of appeal. Accordingly, we direct the clerk of this court to administratively close the appeal in Docket No. 76552 and transfer the notice of appeal filed under Docket No. 76552 to Docket No. 76447.

It is so ORDERED.

_____, C.J.

18-31268

cc: Hon. William D. Kephart, District Judge
Leroy Hall McCoy
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

